**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VICTREX USA, INC, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 08-3570 |
| | : | |
| PRECISE PLASTIC PRODUCTS, INC., | : | |
| Defendant. | : | |
| | : | |

**ORDER**

 **AND NOW**, this 5th day of August, 2009, upon consideration of Defendant Precise Plastic

Product, Inc.'s "Motion to Dismiss For Lack of Personal Jurisdiction; or in the alternative, For

Change of Venue," (doc. no. 9), Plaintiff's response in opposition (doc. no. 10), Defendant's Reply

Brief (doc. no. 14), and the supporting affidavits, it is hereby **ORDERED** that Defendant's Motion

to Dismiss is **GRANTED**.  It is further **ORDERED** that Defendant's alternative Motion to Transfer

Venue is **DENIED**.  The Clerk of Court is directed to mark this case closed.


 **BY THE COURT:**

 **/s/ Mitchell S. Goldberg**

 _____
 **MITCHELL S. GOLDBERG, J.**